```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**DERRICK ADAMSON,**

      **Plaintiff,**

**v.**                                         **Civil Action No. 2:19-cv-00575**

**WEXFORD HEALTH SOURCES, INC.,**
**SANDRA MAY, PAM GIVENS,**
**DR. CHARLES LYE, DONALD AMES,**
**and DEPARTMENT OF CORRECTIONS,**

      **Defendants.**

## ORDER

This action was previously referred to United States Magistrate Judge Dwane L. Tinsley for submission to the court of his Proposed Findings and Recommendation ("PF&R") for disposition pursuant to 28 U.S.C. § 636(b)(1)(B).  On October 5, 2020, the magistrate judge entered a PF&R recommending dismissal of the West Virginia Division of Corrections and Rehabilitation (listed in the Amended Complaint as the "Department of Corrections" and hereinafter referred to as "WVDOC") as a defendant.  ECF No. 9.

On October 15, 2020, plaintiff Derrick Adamson notified the court that he does not object to the dismissal of the WVDOC as a defendant.  ECF No. 13.  Accordingly, it is ORDERED that the findings made in the PF&R of the magistrate

judge entered on October 5, 2020 be, and they hereby are, adopted by the court and incorporated herein.  It is further ORDERED that the WVDOC be, and it hereby is, dismissed.

The Clerk is directed to forward copies of this memorandum opinion and order to plaintiff, all counsel of record, and the United States Magistrate Judge.

Enter: October 16, 2020

John T. Copenhaver, Jr.
Senior United States District Judge